■ In the Matter of EILEEN M. BRONSON, Appellant, v ERIC J. BRONSON, Respondent. [678 NYS2d 559] —Order unanimously affirmed without costs. Memorandum: In this custody proceeding, Family Court properly weighed and considered the appropriate factors affecting the best interests of the children, including the quality of the respective home environments of the parties (*see, Eschbach v Eschbach*, 56 NY2d 167, 171-174). The court was "in the best position to evaluate the character and credibility of the witnesses" (*Matter of Paul C. v Tracy C.*, 209 AD2d 955, 956). Its determination has a sound and substantial basis in the record and should not be disturbed (*see, Matter of Gloria S. v Richard B.*, 80 AD2d 72, 76). (Appeal

from Order of Oneida County Family Court, Flemma, J.H.O.— Custody.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.